UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Maria Lurdes Pereira, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. **10 0095** |
| | ) |
| Timothy Geithner and Treasury of U.S. | ) |
| | ) |
| Defendants. | ) |
| | ) |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff, a District of Columbia resident, sues Treasury Secretary Timothy Geithner, claiming that he "refused to do the job." Compl. at 1. She seeks "the 7.5 billion dollars from the illegal trade . . . .", *id.* at 2, that she appears to attribute to Geithner, *id.* at 1. The rest of the complaint is simply incomprehensible. Complaints that describe fantastic or delusional scenarios or contain "fanciful factual allegation[s]" are subject to dismissal under 28 U.S.C. § 1915(e)(2). *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); accord *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994). This complaint qualifies for such treatment and, thus, is dismissed. A separate Order accompanies this Memorandum Opinion.

_____
United States District Judge

Date: January 8ᵗ, 2010

*N*

3